# EXHIBIT A

STATE OF NEW YORK
# DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
WWW.DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

WALTER T. MOSLEY
SECRETARY OF STATE

January 12, 2026

CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY NY 12207, USA

| | | |
|---|---|---|
| RE: | Party Served: | AMAZON.COM SERVICES LLC |
| | Plaintiff/Petitioner: | ANDREW QUIJANO |
| | Receipt Number: | 202601120145 |
| | Date Served: | 01/06/2026 |
| | Section of Law: | SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW |

To whom it may concern:

Enclosed is a legal document that was served upon the Secretary of State as the designated agent of the above named party. The Department of State is required by law to forward this legal document to the address on file for such party. This office is not authorized to offer legal advice. If you have any questions concerning this document, please contact your attorney.

Recently enacted legislation permits process to be served electronically on the Secretary of State as agent of a domestic or authorized foreign corporation, limited liability company, limited partnership, limited liability partnership, general association or condominium board, provided such entity has provided the Department of State with an email address for electronic service of process notification.

If the above named party has not already done so, it may provide the Department of State with an email address to which the Department will email a notice of the fact that process against such party has been electronically served upon the Secretary of State. A copy of any process served electronically will be made available to the party served through the Department's Electronic Service of Process webpage. Entities may provide the Department with an email address through the amendment procedure permitted by the law for such entity.

Sincerely,

Department of State
Division of Corporations, State Records
and Uniform Commercial Code
(518) 473-2492



INSTRUCTIONS: FILL IN THE NAMES IN THE BOX NUMBER BELOW, THE INDEX NUMBER AND THE DATE THE INDEX NUMBER WAS PURCHASED. COMPLETE ALL BLANKS IN ACCORDANCE WITH THE DIRECTIONS SET FORTH IN BOLD PRINT.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

―――――――――――――――――――――――――x

Andrew Quijano
[YOUR NAME(S)]

                                    Plaintiff(s),

                    -against-

Amazon
[NAME OF PERSON(S) SUED]

                                    Defendant(s)
―――――――――――――――――――――――――x

To the Person(s) Named as Defendant(s) Above:

Index No. 734580 2025

Date Index No. purchased  11/17/2025

**SUMMONS**

    PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

    YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: 11/17 , 2025
[DATE OF SUMMONS]

Andrew Quijano
[YOUR NAME(S)]

54-29 69th Lane
Maspeth, NY, 11378
917 224 2122
[YOUR ADDRESS(ES) and
PHONE NUMBER(S)]

Defendant's Address  7 W 34th Street, NY, NY 10001
[ADDRESS OF PERSON(S) SUED]

Venue:  Plaintiff(s) designate(s) Queens County as the place of trial. The basis of this designation is [CHECK ONE]:

☑ Plaintiff(s)' Residence in Queens County.
☐ Defendant(s)' Residence in Queens County.
☐ Other – Describe: _____

NOTE: THIS FORM OF SUMMONS MUST BE SERVED WITH A COMPLAINT

NYSCEF DOC. NO. 1

INDEX NO. 734580/2025

RECEIVED NYSCEF: 11/17/2025

```
Queens County Clerk's Office
Paym 3073074 11/17/2025 10:59a
Cashier MJMARICA Register # 2


Tr.3825389                    $210.00
Documents Pay At Court E-file
Quijano v Amazon Summons+Complaint

Total:                        $210.00

Credit                        $210.00
```