# EXHIBIT D





## New York State Unified Court System

### eCOURTS

## *WebCivil Supreme - Case Detail*

Add to eTrack

| | |
|---|---|
| Court: | **Queens Supreme Court** |
| Index Number: | **734580/2025** |
| Case Name: | **Quijano, Andrew vs. Amazon** |
| Case Type: | **Tort-Other** |
| Track: | **Standard** |
| RJI Filed: | **01/23/2026** |
| Date NOI Due: | **01/23/2027** |
| NOI Filed: | |
| Disposition Date: | |
| Calendar Number: | |
| Jury Status: | |
| Justice Name: | **Alomar, Hon Karina E.** |

Plaintiff/Petitioner:

**Quijano, Andrew**

Defendant/Respondent:

**Amazon**

Attorney/Firm For Plaintiff:

Attorney/Firm For Defendant:

**Amazon**    Attorney Type: **UNREPRESENTED**    Atty. Status: **Active**

### Appearance Information:

| Appearance Date | Time | Court Date Purpose | Fully Virtual | Court Date Type | Outcome Type | Justice Part | Remarks | Motion Seq |
|---|---|---|---|---|---|---|---|---|
| 02/23/2026 | | Conference-Preliminary | No | Administrative - No Appearance Required | | Cohanim Lancman, Hon. Mojgan Preliminary Conference Part | | |

### Document List - Click on the document name to view the document

| Document # | Date Received/Filed | Document | Description | Motion # | Filing User |
|---|---|---|---|---|---|
| 1 | 11/17/2025 | SUMMONS + COMPLAINT | --none-- | | Jennifer Estevez court user |
| 2 | 11/21/2025 | COMPLAINT (AMENDED) | --none-- | | Jennifer Estevez court user |
| 3 | 01/23/2026 | AFFIRMATION/AFFIDAVIT OF SERVICE | --none-- | | Andrew F Quijano |
| 4 | 01/23/2026 | RJI -RE: REQUEST FOR PRELIMINARY CONFERENCE | --none-- | | Andrew F Quijano |

### Assigned Judge Information:

| Judge Name | Assigned Date | End Date |
|---|---|---|
| Alomar, Hon Karina E. | 01/23/2026 | |