# EXHIBIT E

ACTIVE 718635341v1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

| | |
|---|---|
| ANDREW QUIJANO,<br><br>                Plaintiff,<br>v.<br><br>AMAZON.COM SERVICES LLC<br><br>              Defendant. | Case No.<br>Index No. 734580/2025<br><br>**NOTICE OF FILING**<br>**NOTICE OF REMOVAL** |

TO:    THE JUDGES FOR THE SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF QUEENS

**PLEASE TAKE NOTICE**, that Defendant Amazon.com Services, LLC filed a "Notice of Removal" in the above-captioned action from the Supreme Court of the State of New York, County of Queens, to the United States District Court for the Eastern District of New York, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal and this Notice of Filing of Notice of Removal effects the removal of this action to the United States District Court for the Eastern District of New York, and this action shall proceed in this Court no further unless and until the case is remanded. A copy of the Notice of Removal, with attachments, is attached hereto as **Exhibit A.**

Dated: February 5, 2026

                              **GREENBERG TRAURIG, LLP**

                    By:    */s/ Shira M. Poliak*
                             Jason Burns, Esq.
                             Shira Poliak, Esq.
                             One Vanderbilt Avenue

ACTIVE 718635341v1

New York, NY 10017
Tel: (212) 801-9294
Jason.Burns@gtlaw.com
Shira.Poliak@gtlaw.com

*Attorneys for Defendant*
*Amazon.com Services LLC*

ACTIVE 718635341v1