# EXHIBIT F

Case 1:26-cv-00664-LDH-RML   AFFIDAVIT OF SERVICE Filed 02/05/26   Page 2 of 2 PageID #: 32

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

FILED ON: 11/21/2025   INDEX NO.: 734580/2025

ANDREW QUIJANO

Plaintiff(s)-Petitioner(s)

-vs-

AMAZON

Defendant(s)-Respondent(s)

I, MARK E. MCCLOSKY      the undersigned, affirm that I was at the time of service over the age of eighteen years and not a party in this proceeding. I reside in the State of New York.

On JANUARY 6, 2026      at 11:00 A.M.
Deponent served two true copies of **SUMMONS AND COMPLAINT FILED 11/17/2025, AMENDED COMPLAINT FILED 11/21/2025,**

bearing index number: 734580/2025      and date of filing: 11/21/2025
upon **AMAZON.COM SERVICES LLC S/H/A AMAZON**
at address: **C/O SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12231-0001**

MANNER OF SERVICE}

*Personal*

☐ By delivering to and leaving with personally}
known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*

☐ By delivering and leaving with personally}
at the premises mentioned above. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*

☒ By delivering and leaving 2 copies with} **TAHIM HAFIZ, OA1**
the agent for service on the person in this proceeding designated under Rule 303 LLC   and tendering the required fee.
Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on            . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __ first class mail __ certified mail __registered mail __return receipt requested. Certified or registered number:

DESCRIPTION} deponent describes the person actually served as:
Perceived Gender: MALE          Perceived Race: BLACK          Hair Color: BLACK
Approximate Age: 60   years      Approximate Height: 5'10"      Approximate Weight: 165          pounds
Other:

I affirm on JANUARY 6, 2026                , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Attorney:
ALPHA LAW LLC
37-12 Prince Street, Suite 11A
Flushing, NY  11354
(646) 885-7528

affidavit #: 313805
NLS#:  25-9523

MARK E. MCCLOSKY

FIRM FILE # 11689543

1 of 1