UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW QUIJANO, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., et al., <br><br> Defendants. | CIVIL ACTION NO.: _____ |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Amazon.com Services LLC (incorrectly named as Amazon.com, Inc.), by and through its counsel, hereby states that Amazon.com Sales, Inc. is the only member of Amazon.com Services LLC (formerly, Amazon.com Services, Inc.). Amazon.com Sales, Inc. is a wholly owned subsidiary of parent company Amazon.com, Inc. Amazon.com, Inc. has no parent company, and no other publicly held company owns 10% or more of Amazon.com, Inc.'s stock.

Dated: February 5, 2026

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Shira M. Poliak
Jason D. Burns, Esq.
One Vanderbilt Avenue
New York, New York
(212)-801-9294
Jason.Burns@gtlaw.com
Shira Poliak, Esq.
One Vanderbilt Avenue
New York, NY 10017
Tel: (212) 801-9374
Shira.Poliak@gtlaw.com

ACTIVE 718803361v1

*Attorneys for Amazon.com Services, LLC*

ACTIVE 718803361v1

## <u>CERTIFICATE OF SERVICE</u>

I, Shira M. Poliak, attorney for Amazon.com Services LLC hereby certify that I served a true and correct copy of Defendant's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1, upon counsel of record via the Court's electronic filing system on the 5th day of February 2026.

*/s/ Shira M. Poliak*
Shira M. Poliak

ACTIVE 718803361v1