AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York ▼

|  |  |
|---|---|
| Andrew Quijano | ) |
| *Plaintiff* | ) |
| v. | ) |
| Amazon.com Services LLC | ) |
| *Defendant* | ) |

Case No.    1:26-cv-00664-RML

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Amazon.com Services LLC                                                                                            .

Date:      02/06/2026

/s/ Shira M. Poliak
*Attorney's signature*

Shira M. Poliak (5780523)
*Printed name and bar number*
GREENBERG TRAURIG, LLP
1 VANDERBILT AVE
NEW YORK, NY 10017-3852

*Address*

Shira.Poliak@gtlaw.com
*E-mail address*

(212) 801-9374
*Telephone number*

(212) 801-9374
*FAX number*