**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW QUIJANO,<br><br>                Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC<br><br>                Defendant. | CIVIL ACTION NO.: 1:26-cv-00664 |

**CORRECTED CERTIFICATE OF SERVICE**

I, Shira M. Poliak, hereby certify that on February 6, 2026, I caused a true and correct copy of the foregoing Notice of Removal to be served by way of overnight U.S. Mail on Plaintiff Andrew Quijano, *pro se*, at 54-29 69th Lane, Maspeth, NY, 11378.  This Corrected Certificate of Service corrects the Certificate of Service filed at ECF 1 at 7, to reflect Plaintiff's address as stated on the NYSCEF Docket, Index No. 734580/2025, and to which the documents were mailed.

/s/ *Shira M. Poliak*
Shira M. Poliak