

Shira M. Poliak
Tel 212.801.9374
Fax 212.801.6400
Shira.poliak@gtlaw.com

February 9, 2026

**VIA ECF**
Hon. Robert M. Levy
Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Andrew Quijano v. Amazon.com Services LLC*, No. 26-cv-00664 (RML)

Dear Judge Levy:

We represent Defendant Amazon.com Services LLC ("Defendant" or "Amazon") in the above-referenced matter. We write pursuant to Your Honor's Individual Rules of Practice to request a two-week extension of Amazon's time to respond to the Complaint filed by Plaintiff Andrew Quijano ("Plaintiff"), from February 12, 2026, to February 26, 2026. Amazon intends to respond by submitting a pre-motion letter in advance of its proposed motion to dismiss.

Amazon removed this case from state court on February 5, 2026. ECF No. 1. Amazon seeks this brief extension to prepare the pre-motion letter and because Amazon has not yet been able to confer with Plaintiff with respect to consenting to proceed before Your Honor. ECF 3. Amazon contacted Plaintiff this morning and afternoon via telephone but has not yet received a response.

The parties have no scheduled appearances before the Court. This is Amazon's first request for an adjournment.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Shira M. Poliak*
Shira M. Poliak
Jason D. Burns

cc:  *Plaintiff Andrew Quijano (via certified mail)*

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

www.gtlaw.com