AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | ) | |
|---|---|---|
| Andrew Quijano | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00664-RML |
| Amazon.com Services LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amazon.com Services LLC                                                    .

Date:    02/10/2026

/s/ Jason D. Burns
*Attorney's signature*

Jason D. Burns (4971263)
*Printed name and bar number*

GREENBERG TRAURIG LLP
1 VANDERBILT AVE
NEW YORK, NY 10017-3852

*Address*

jason.burns@gtlaw.com
*E-mail address*

(212) 801-9294
*Telephone number*

(212) 801-6400
*FAX number*