*** Filed ***
12:54 PM, 11 Feb, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
**ANDREW QUIJANO,** Plaintiff, v. **AMAZON.COM SERVICES LLC,** Defendant.
**Case No.: 1:26-cv-00664**

# NOTICE OF PLAINTIFF'S MOTION TO REMAND

PLEASE TAKE NOTICE that, upon the accompanying inlined Memorandum of Law, the Declaration of Andrew Quijano, and the exhibits attached thereto, Plaintiff Andrew Quijano will move this Court, before the applicable Honorable Judge at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, at a date and time to be determined by the Court, for an Order:

1. Remanding this action to the Supreme Court of the State of New York, County of Queens, pursuant to 28 U.S.C. § 1447(c), on the grounds that this Court lacks subject matter jurisdiction and venue is contractually improper.
2. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1, answering papers, if any, are required to be served upon the undersigned within the timeframe set by the Court or the Local Rules.

**Dated: February 11, 2026**

**Queens, New York**

Respectfully submitted,

*Andrew Quijano*

Andrew Quijano Plaintiff Pro Se

54-29 69th Lane Maspeth, NY 11378

+1 917 224-2122

andrew.quijano@nyu.edu