# DECLARATION OF ANDREW QUIJANO IN SUPPORT OF MOTION TO REMAND

I, Andrew Quijano, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action and am appearing *pro se*. I have personal knowledge of the facts set forth herein.
2. I submit this declaration in support of my Motion to Remand this action to Queens County Supreme Court.
3. Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Removal filed by Defendant on February 5, 2026.
4. Attached hereto as **Exhibit B** is a true and correct copy of the General Release. These images are screenshots taken from the Amazon 'A2Z' mobile application. Because the application did not allow for a direct PDF download, Plaintiff captured the screen manually. As a byproduct of this manual capture, the Plaintiff's active media bar is visible at the top of the images, specifically displaying the track 'Atlas' by Coldplay (from the *Hunger Games* soundtrack) via Spotify. These images represent the best available and contemporaneous evidence of the Agreement as presented by Defendant.
5. Attached hereto as **Exhibit C** is a true and correct copy of the email correspondence the Plaintiff had with the Queens County Court on February 18, 2025, regarding an alleged Judiciary Section 519 violation and requesting advice on how to manage his situation.
6. Attached hereto as **Exhibit D** is a true and correct copy of the Labor Bureau 1-1029143492 filed on February 20, 2025, on advice of the Queens County Clerk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 11, 2026

*Andrew Quijano*

**Andrew Quijano**