**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 11, 2026, I served a true and correct copy of the foregoing Motion to Remand and Memorandum of Law via Email to the following counsel of record:

**Jason D. Burns, Esq. / Shira M. Poliak, Esq.**

**Greenberg Traurig, LLP**

**One Vanderbilt Avenue, New York, NY 10017**

*Andrew Quijano*
_____

Andrew Quijano, Pro Se