*** Filed ***
05:08 PM, 12 Feb, 2026
U.S.D.C., Eastern District of New York

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

Case No. 1:26-cv-00664

ANDREW QUIJANO, Plaintiff, v. AMAZON.COM SERVICES LLC, Defendant

AFFIRMATION OF SERVICE

I, Andrew Quijano, affirm under penalty of perjury that on February 12, 2026, I served a true and correct copy of the Motion to Remand and all supporting papers upon counsel for Defendant by Priority Mail, by depositing the same in a sealed, postage-paid envelope in an official depository of the U.S. Postal Service, addressed to:

Jason D. Burns, Esq. / Shira M. Poliak, Esq.

Greenberg Traurig, LLP

One Vanderbilt Avenue

New York, NY 10017


Dated: February 12, 2026

Andrew Quijano, Pro Se