Docusign Envelope ID: 5EEC560E-7D3F-4B38-A202-543A5CF31549

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW QUIJANO,

                 Plaintiff,

v.

AMAZON.COM SERVICES LLC

                 Defendant.

Case No.: 1-26-cv-00664

## DECLARATION OF ALICIA PANTA

1.      I am currently employed as a Human Resources Partner at Amazon.com Services LLC ("Amazon"). I have held this position since 2021.

2.      I make this declaration based on my personal knowledge and/or documents maintained in the ordinary course of business by Amazon.

3.       As part of Plaintiff Andrew Quijano's onboarding as a new employee at Amazon in August 2022, he provided documentation listing his home address as 54-29 69th Lane, Maspeth, New York, 11378. Quijano also provided a copy of his passport, which states that his place of birth is New York, U.S.A.

4.      Quijano's W-2 forms from 2022 through 2025 include the same New York address: 54-29 69th Lane, Maspeth, New York, 11378.  Those W-2 forms do not reflect tax payments to any state other than New York.

I declare this 25th day of February, 2026, under penalty of perjury that the foregoing is true and correct, and I understand that this document may be filed in an action or proceeding in a court of law.

Docusign Envelope ID: 5EEC560F-7D3F-4B38-A203-543A5CF31549

Signed by:

Alicia Panta

8ADE97C20C0E4F1...

Alicia Panta