# EXHIBIT B

**Poliak, Shira (Assoc-NY-Labor-EmpLaw)**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Thursday, February 5, 2026 11:46 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:26-cv-00664 Quijano v. Amazon.com Services LLC Notice of Removal |

**\*EXTERNAL TO GT\***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered by Poliak, Shira on 2/5/2026 at 11:45 PM EST and filed on 2/5/2026

| | |
|---|---|
| **Case Name:** | Quijano v. Amazon.com Services LLC |
| **Case Number:** | 1:26-cv-00664 |
| **Filer:** | Amazon.com Services LLC |
| **Document Number:** | 1 |
| **Judge(s) Assigned:** | The Court will contact you shortly on the Judge Assignment. |

**Docket Text:**
**NOTICE OF REMOVAL by Amazon.com Services LLC from Supreme Court, Queens County, case number 734580/2025. ( Filing fee $ 405 receipt number ANYEDC-19884025) (Attachments: # (1) Exhibit A - Summons, # (2) Exhibit B - Complaint, # (3) Exhibit C - Amended Complaint, # (4) Exhibit D - Docket, # (5) Exhibit E - State Court Notice, # (6) Exhibit F - Affidavit of Service - State Court Action, # (7) Exhibit Civil Cover Sheet) (Poliak, Shira)**

**1:26-cv-00664 Notice has been electronically mailed to:**

Shira Poliak    shira.poliak@gtlaw.com, elaine.edwards@eeoc.gov, jeffrey.burstein@eeoc.gov, lateesha.vines@eeoc.gov, mia.mejia@eeoc.gov, shira--poliak-5579@ecf.pacerpro.com

**1:26-cv-00664 Notice will not be electronically mailed to:**

Andrew Quijano

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/5/2026] [FileNumber=20782651-0] [5c8a15453f92c381805ce041a44f83aadd1ba865a84a66f3327234a99b54ba6cddafc f6b0abeae4b9ce57f8b30dcd0cf36a452d737e69f7f18e4e15f9eb734ed]]
**Document description:**Exhibit A - Summons
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/5/2026] [FileNumber=20782651-1] [69614dc44b19a05edd91ab4a75d35ba38d0574ec8180707a3da8d47f6deaf0f9cf691 ea1819873566578a00dc2fced105db513181b93b5de9007ae29b9729330]]
**Document description:**Exhibit B - Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/5/2026] [FileNumber=20782651-2] [39478542bf4bf77753ad14a9bf55c64a94f77deb1cddb376f3ae063b991424c5b04f6 9825095975acc82b9cb3b5ab16595cbd6528b5143a5e20367605a6e1fc1]]
**Document description:**Exhibit C - Amended Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/5/2026] [FileNumber=20782651-3] [8f5af31accc63e24df01554b800e1dd3c82b0634d3d67c25729912bd9500576769aa3 409a5c155ff3904f979abf9f13a320219e38d7c9ad0c80440f0316e204a]]
**Document description:**Exhibit D - Docket
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/5/2026] [FileNumber=20782651-4] [9560e60fdba551d95eab0399eea8a9f90ca229b336040976fe0c9fc1a3f46d7e80c66 57273349b89100599a8b17e4b5642b4d33dea8292c65b8a29ecda068046]]
**Document description:**Exhibit E - State Court Notice
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=2/5/2026] [FileNumber=20782651-5] [b29b8524c49fb605fd7c38ff2cfcb1a21a21960e7115de8169d9e76ccd8e48e817d43 f59922441fb5a00085770f0070cbd3ad19c2edc3507497461e4a07750ae]]
**Document description:**Exhibit F - Affidavit of Service - State Court Action
**Original filename:**n/a

**Electronic document Stamp:**

[STAMP NYEDStamp_ID=875559751 [Date=2/5/2026] [FileNumber=20782651-6] [5cc67acac04258da592ba268c176915888d7a7be283098a1011235ad6fd001708ac18 401898520f3bc63bbdafe6f31e550425150c085a0d4dc4984dfdbfeb4fd]]

**Document description:**Exhibit Civil Cover Sheet

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP NYEDStamp_ID=875559751 [Date=2/5/2026] [FileNumber=20782651-7] [2996cd52893c4eaa48d3e2eab0d4fa676a99a469a72325c8ac456b1b8cdf5b0025e6a 203dc5475e3d66c25f99edc970ed933eeb9af3808495712e43a897581a9]]