## GT | GreenbergTraurig

Jason Burns
Tel 212.801.9294
Fax 212.801.6400
Jason.Burns@gtlaw.com

February 26, 2026

**VIA ECF**

Hon. LaShann DeArcy Hall
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Quijano v. Amazon.com Services LLC*, No. 26-cv-664-LDH-RML

Dear Judge DeArcy Hall:

We represent Defendant Amazon.com Services LLC ("Defendant" or "Amazon") in the above-captioned matter. We oppose Plaintiff's request to adjourn Amazon's deadline to answer or move to dismiss, which is today, February 26, 2026. (ECF No. 11.)

Adjournment is not necessary or warranted under the circumstances presented here. First, as articulated in Amazon's Notice of Removal and Opposition to Plaintiff's Motion to Remand, this matter satisfies diversity jurisdiction and can be properly heard in federal court. (ECF Nos. 1, 9). As a result, Plaintiff is unlikely to prevail on his motion for remand. Second, there is no prejudice to Plaintiff in denying his request for adjournment because it concerns Amazon's deadline, not his. Third, Amazon seeks the swift resolution of this matter and intends to promptly move for judgment on the pleadings because the General Release in the Severance Agreement executed by Plaintiff upon his separation from Amazon bars his claims. (ECF No. 12-2.)

Accordingly, Amazon requests that the Court deny Plaintiff's motion to adjourn Amazon's deadline to answer or move to dismiss. Amazon intends on filing its Answer today.

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue | New York, NY 10017 | T +1 212.801.9200 | F +1 212.801.6400

Abu Dhabi. Albany. Amsterdam. Aspen. Atlanta. Austin. Berlin. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Dubai. Fort Lauderdale. Houston. Las Vegas. London. Long Island. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Munich. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Riyadh. Sacramento. Salt Lake City. San Diego. San Francisco. São Paulo. Seoul. Shanghai. Silicon Valley. Singapore. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ˄ A branch of Greenberg Traurig, P.A.; ¬Greenberg Traurig Germany, LLP; ‹Greenberg Traurig Limited;˄A separate UK registered legal entity; +Greenberg Traurig, S.C.; »Greenberg Traurig Studio Legale Associato; «Greenberg Traurig Khalid Al-Thebity; ›Greenberg Traurig Brazil Consultores em Direito Estrangeiro – Direito Estadunidense; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ˝Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ≡GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubengoshi Jimusho; ~Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k..

www.gtlaw.com

Hon. LaShann DeArcy Hall
February 26, 2026
Page 2

Respectfully submitted,

Jason D. Burns

cc:  *Plaintiff Andrew Quijano via electronic mail and U.S. mail*