UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ANDREW QUIJANO,

    PLAINTIFF,

    v.

AMAZON,

    DEFENDANT

Case No. 1-26-cv-00664

**DEFENDANT AMAZON.COM SERVICES LLC'S ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT**

## I.  PARTIES AND VENUE

1.  Upon information and belief, Defendant Amazon.com Services LLC ("Amazon")[1] admits the allegations contained in Paragraph 1 of the Amended Complaint.

2.  Amazon denies the allegations in Paragraph 2 of the Amended Complaint, except to admit that Amazon is a limited liability corporation authorized to conduct business in New York.

3.  The allegations in Paragraph 3 of the Amended Complaint contain a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 3.

## II.  GENERAL ALLEGATIONS

4.  Amazon denies the allegations in Paragraph 4 of the Amended Complaint.

5.  Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 5 of the Amended Complaint, and therefore, denies the same.

6.  Amazon denies the allegations in Paragraph 6 of the Amended Complaint.

---

[1] Defendant Amazon.com Services LLC is misnamed in the Amended Complaint as "Amazon."

1

7. Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 7 of the Amended Complaint, and therefore, denies the same.

### III. FIRST CAUSE OF ACTION: DEFAMATION PER SE (SLANDER/LIBEL)

8. Amazon incorporates its prior responses as set forth fully herein and denies the allegations contained in Paragraph 8 of the Amended Complaint.

9. Amazon denies the allegations contained in Paragraph 9 of the Amended Complaint.

10. Amazon denies the allegations contained in Paragraph 10 of the Amended Complaint.

11. Amazon denies the allegations in Paragraph 11 of the Amended Complaint.

12. The allegations in Paragraph 12 of the Amended Complaint contain a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 12.

13. The allegations in Paragraph 13 of the Amended Complaint contain a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 13.

14. Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 14 of the Amended Complaint, and therefore, denies the same.

15. The allegations in Paragraph 15 of the Amended Complaint contain a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 15.

### IV. SECOND CAUSE OF ACTION: VIOLATION OF NEW YORK LABOR LAW §740

2

16.    Amazon incorporates its prior responses as set forth fully herein and denies the allegations contained in Paragraph 16 of the Amended Complaint.

17.    Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 17 of the Amended Complaint, and therefore, denies the same.

18.    Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 18 of the Amended Complaint, and therefore, denies the same. The allegations in Paragraph 18 of the Amended Complaint contain a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 18.

19.    Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 19 of the Amended Complaint, and therefore, denies the same.

20.    Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 20 of the Amended Complaint, and therefore, denies the same.

21.    The allegations in Paragraph 21 of the Amended Complaint contain a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 21.

22.    Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 22 of the Amended Complaint, and therefore, denies the same.

23.    Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 23 of the Amended Complaint, and therefore, denies the same.

24.    Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 24 of the Amended Complaint, and therefore, denies the same.

25.    Amazon denies the allegations in Paragraph 25 of the Amended Complaint. Amazon is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 25 of the Amended Complaint concerning Plaintiff's beliefs, and therefore, denies the same.

26.    Amazon denies the allegations in Paragraph 26 of the Amended Complaint.

27.    The allegations in Paragraph 27 of the Amended Complaint contain a legal conclusion to which no response is required. To the extent a response is required, Amazon denies the allegations contained in Paragraph 27.

### V.    DEMAND FOR RELIEF

Amazon denies that Plaintiff is entitled to any of the relief sought in the Prayer for Relief, including subparts A through D thereto, or to any other form of relief whatsoever.

### AFFIRMATIVE AND OTHER DEFENSES

Without conceding it has the burden of proof, Amazon asserts the following defenses, including affirmative defenses. At this point, discovery in this action has not commenced, and as such, Amazon reserves the right to amend its answer as additional facts, issues, or defenses may be discovered.

### FIRST DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent the facts Plaintiff alleges fail to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

### SECOND DEFENSE

Plaintiff's claims are barred because Plaintiff executed a severance agreement with Amazon, and its general release bars Plaintiff's claims. *See* **Ex. A.**

## THIRD DEFENSE

Plaintiff's claims are barred in whole or in part because any alleged damages were caused by Plaintiff's own negligence, failure to perform adequate due diligence, or other intervening or superseding causes of over which Amazon had no control, and which cannot therefore form the basis for any liability of Amazon.

## FOURTH DEFENSE

Plaintiff's claims are barred to the extent that they seek duplicative relief or amounts seeking more than a single recovery.

## FIFTH DEFENSE

Plaintiff's claims are barred to the extent Amazon's employees or agents acted contrary to express or generally understood policies and procedures because such actions were not authorized and were outside the scope of their employment or agency.

## SIXTH DEFENSE

Amazon's actions toward Plaintiff were based on good, sufficient and legal cause, upon reasonable grounds for belief in their truth or justification, and were taken in good faith and without malice.

## SEVENTH DEFENSE

Amazon's conduct and treatment of Plaintiff was based on legitimate, nondiscriminatory, and non-retaliatory reasons.

## EIGHTH DEFENSE

Plaintiff may not obtain any of the relief requested because any adverse employment action(s) taken against him were based upon reasonable and legitimate, non-discriminatory, and non-retaliatory factors unrelated to any protected class.

**NINTH DEFENSE**

Plaintiff is not entitled to equitable relief insofar as he has an adequate remedy at law.

**TENTH DEFENSE**

The Amended Complaint fails to state facts sufficient to constitute a cause of action against Amazon that would support an award of punitive damages because Amazon did not engage in any oppressive, fraudulent, or malicious conduct, nor did they authorize or ratify any such conduct, and therefore punitive damages would be precluded.

**ELEVENTH DEFENSE**

Plaintiff is not entitled to punitive damages as an award of punitive damages would be excessive and unconstitutional.

**TWELFTH DEFENSE**

Plaintiff's claims are barred by the doctrines of unclean hands, laches and/or estoppel.

**THIRTEENTH DEFENSE**

Plaintiff's claims are barred by the failure to mitigate his damages, if any.

**FOURTEENTH DEFENSE**

Plaintiff's claims are barred because Amazon did not participate in, authorize, ratify, or benefit from the alleged wrongful acts set forth in the Amended Complaint.

**FIFTEENTH DEFENSE**

Plaintiff's damages, if any, are de minimis.

**SIXTEENTH DEFENSE**

Plaintiff's claims were filed in an improper venue.

WHEREFORE, Amazon requests that the Court dismiss Plaintiff's Amended Complaint with prejudice; that it enter judgment in favor of Amazon and against Plaintiff on all counts; and that this Court award Amazon such other relief as it deems appropriate.

Dated:  New York, New York
        February 26, 2026

Respectfully submitted,

/s/ *Jason D. Burns*
Jason D. Burns
Shira M. Poliak
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9294
Jason.Burns@gtlaw.com
Shira.Poliak@gtlaw.com

## CERTIFICATE OF SERVICE

I, Shira M. Poliak, hereby certify that on February 26, 2026, I caused a true and correct copy of the foregoing brief to be served by way of U.S. Mail on Plaintiff Andrew Quijano, *pro se*, at 54-29 69th Lane, Maspeth, NY, 11378, and by electronic mail.


/s/ Shira M. Poliak
Shira M. Poliak