**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

ANDREW QUIJANO, Plaintiff, -against- AMAZON.COM SERVICES LLC, Defendant.

**Case No.: 1:26-cv-00664**

**NOTICE OF PLAINTIFF'S MOTION TO STRIKE SECOND AFFIRMATIVE DEFENSE PURSUANT TO FED. R. CIV. P. 12(f)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Andrew Quijano, and the exhibits attached thereto, Plaintiff Andrew Quijano respectfully moves this Court, located at 225 Cadman Plaza East, Brooklyn, NY 11201, for an Order:

1. **STRIKING** Defendant's Second Affirmative Defense (Release) with prejudice pursuant to Federal Rule of Civil Procedure 12(f); and
2. **GRANTING** such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that while this Motion is filed now to ensure compliance with the 21-day deadline following Defendant's Answer, Plaintiff respectfully requests that the Court prioritize the pending Motion for Remand.

**HOWEVER**, because the "General Release" asserted by Defendant involves substantial questions of Federal Law, including **SEC Rule 21F-17**, the **Jury System Integrity Act (JSIA)**, and **USERRA**, Plaintiff requests that this Court resolve these Federal questions as a matter of law to prevent the "chilling" of these public interests, whether in this Court or as a final instruction upon Remand.

**Dated: March 17, 2026**

**Queens, New York**

Respectfully submitted,

*Andrew Quijano*

Andrew Quijano Plaintiff Pro Se

54-29 69th Lane Maspeth, NY 11378

+1 917 224-2122

andrew.quijano@nyu.edu