

Jason D. Burns
Tel 212.801.9294
Fax 212.801.6400
Jason.Burns@gtlaw.com

March 20, 2026

**VIA ECF**
Hon. LaShann DeArcy Hall
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Andrew Quijano v. Amazon.com Services LLC*, No. 26-cv-00664 (RML)

Dear Judge DeArcy Hall:

We represent Defendant Amazon.com Services LLC ("Defendant" or "Amazon") in the above-referenced matter. Plaintiff Andrew Quijano ("Plaintiff") served a motion to strike Amazon's second affirmative defense (the "Motion") on Amazon by electronic mail on March 17, 2026. The Motion was docketed on ECF at ECF No. 19 on March 19, 2026. We write pursuant to Your Honor's Individual Rules of Practice to request a two-week extension of Amazon's time to respond to Plaintiff's Motion, from March 31, 2026, to April 14, 2026. Amazon seeks this extension because undersigned counsel will be traveling and out of the office next week. **Plaintiff consents to this extension**.

The parties have no scheduled appearances before the Court, and this adjournment does not affect any other scheduled dates. This is Amazon's first request to adjourn this deadline.

We thank the Court for its attention to this matter.

        Respectfully submitted,

        */s/ Jason D. Burns*
        Jason D. Burns

*cc: Plaintiff Andrew Quijano (via electronic mail)*

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

www.gtlaw.com