# EXHIBIT A

10:23

# Your reset password code for AtoZ Alumni  Inbox

**noreply**  9:57 PM

to me

| From | noreply@portal-na.idprism-auth.amazon.dev |
| To | afq2101@columbia.edu |
| Date | Mar 29, 2026 at 9:57 PM |

Standard encryption (TLS)
Learn more

**This Message Is From an External Sender**
This message came from outside your organization.

Amazon HR - Here is your AtoZ password reset code:

← Reply    → Forward

10:17

rce.idprism-auth.amazon.com

# Log in

Enter your login information

Continue

Powered by Amazon IdPrism



Change Language      Get Help

10:24



# amazon a to z

## Log in

# andrewfq

**Log in as an Alumni**

Log in as an employee
or someone else

Need help? View our FAQ

Case 1:26-cv-00664-LDH-RML   Document 22-2   Filed 04/05/26   Page 5 of 30 PageID #: 263

10:24

   

✕      l-na.idprism-auth.amazon.dev



# Alumni log in

Personal email address *

example@email.com

Password *



**Forgot password?**

Continue

— or —

Create an Alumni account

 Language  ·   Help

 Privacy

Case 1:26-cv-00664-LDH-RML    Document 22-2    Filed 04/05/26    Page 6 of 30 PageID #: 264

10:25 🔕

**amazon** a to Z

# Verify your phone number

We sent a verification code to *** *** 2122

Enter verification code *

Resend code

Verify

Back

⊕ Language    ·    ⑦ Help    ·

ⓘ Privacy policy

Case 1:26-cv-00664-LDH-RML    Document 22-2    Filed 04/05/26    Page 7 of 30 PageID #: 265

10:24

# More

## Andrew Quijano andrewfq@
Amazon Alumnus

### ⑦ Help and Support ⌃

My HR | Contact Us  >

FAQs  >

### ⚙ Settings ⌃

Language 🌐  >

Notifications  >

Account  >

Log out

Home    Resources    **More**    Ask Aza

10:13 🔕

# Resources

# Resources

We put together resources you may need after leaving Amazon

| Pay | Benefits | Employment |
| --- | --- | --- |

## Let's verify your employment or income

Request documents from Amazon on-demand and receive them in seconds.

Verify your employment


Home


Resources


More


Ask Aza

Case 1:26-cv-00664-LDH-RML    Document 22-2    Filed 04/05/26    Page 9 of 30 PageID #: 267


## Employment Documents

⑦ Help and Resources ⌄

# Employment Documents

For Amazon employees who need their employment documents generated and shared in seconds.



*New Hires and Transfers: Please wait 24 hours from your hire or transfer date to request a document*

## Choose a document

### Pay Transparency Test 2 (complete Template Structure)

Test template for pay transparency

### Pay Transparency (Spanish) – Test 2

Placeholder Spanish template for Pay

  



**i.docgen.mydocs.amazon.com**



(complete Template Structure)

Test template for pay transparency

## Pay Transparency US TOE (Spanish) - Test 2

Placeholder Spanish template for Pay Transparency

## Employment Verification Letter

Get proof of your employment at Amazon. Use this letter for an employment history check, to buy a car, rent an apartment, or apply for a mortgage loan or credit card.

## Other documents

For other letters, raise a request or call for help using **MyHR Live Help** ⬀.

Looking for your documents? Try **Document Portal** ⬀





10:17

idp.amazon.work

# amazon a to z

## Associate and Employee Login

Gain access to Amazon A to Z by securely logging in with your Amazon password.

 Face ID, Touch ID, device passcode

──────── Or log in with ────────

AMAZON LOGIN

afq2101@columbia.edu

PASSWORD

Enter password

☐ Show password

**Log in**

Forgot your password?

 Choose language │ Need help?  View our FAQ

# EXHIBIT B

**AMAZON.COM, INC.**

**CONFIDENTIALITY, NONCOMPETITION, AND INVENTION ASSIGNMENT AGREEMENT**

This Confidentiality, Noncompetition, and Invention Assignment Agreement ( **Agreement**") is made by and between Amazon.com, Inc., a Delaware corporation, and _Andrew Quijano_____ ("**Employee**").

**RECITALS**

**A.**  Employee enters into this Agreement in  connection with Employee's acceptance of employment with Amazon.com, Inc. or its subsidiary or affiliate, and  any future employment with Amazon.com, Inc.  or  another of its subsidiaries or affiliates (depending on the circumstances, each an "**Employer**");

**B.**  As used in this Agreement, "**Amazon**" means Amazon.com, Inc. and any entity that controls, is controlled by, or is under common control with Amazon.com, Inc., including without limitation its subsidiaries and affiliates;

**C.**  Employee's acceptance of this Agreement is an express condition of Employee's employment with Employer, and is made by Employee in consideration of such employment, including the compensation, benefits and confidential information provided now and in the future to Employee by Employer, which Employee acknowledges are of significant benefit to Employee; and

**D.**  Employee's continued employment with Employer is expressly conditioned on Employee's good faith agreement to comply with this Agreement.

**AGREEMENTS**

In consideration of the above Recitals, which are incorporated herein, the promises and covenants below, and other valuable consideration, the receipt and adequacy of which is acknowledged, the parties agree as follows:

**1.**  **TERM.** This Agreement, including Sections 3, 4, and 5, contains obligations that apply during Employee's employment and for specified periods after the date Employee's employment ends ("**Separation Date**"), regardless of the reason for separation or whether it was voluntary or involuntary.

**2.**  **ATTENTION AND EFFORT.** During employment, Employee will devote Employee's entire productive time, ability, attention, and effort to furthering Amazon's best interests and will not (without Amazon's prior written consent) carry on any separate professional or other gainful employment, including self-employment and contract work.

**3.**  **CONFIDENTIAL INFORMATION.**

   **3.1 Confidentiality and Confidential Information.** Employee will obtain, receive, or gain access to Confidential Information (as defined below) in connection with Employee's work for Amazon. During employment and at all times thereafter, Employee will hold all Confidential Information in strictest confidence and will not acquire, use, publish, disclose, or communicate any Confidential Information except as required in connection with Employee's work without the prior written approval of an authorized officer of Amazon. For purposes of this Agreement, "**Confidential Information**" means proprietary or confidential information of Amazon in whatever form, tangible or intangible, whether or not marked or otherwise designated as confidential, that is not otherwise generally known to the public, relating or pertaining to Amazon's business, projects, products, customers, suppliers, inventions, or trade secrets, including but not limited to: business and financial information; Amazon techniques, technology, practices, operations, and methods of conducting business; information technology systems and operations; algorithms, software, and other computer code; published and unpublished know-how, whether patented or unpatented; information concerning the identities of Amazon's business partners and clients or potential business partners and clients, including names, addresses, and contact information; customer information, including prices paid, buying history and habits, needs, and

1

the methods of fulfilling those needs; supplier names, addresses, and pricing; and Amazon pricing policies, marketing strategies, research projects or developments, products, legal affairs, and future plans relating to any aspect of Amazon's present or anticipated businesses. "Confidential Information" does not include the terms and conditions of Employee's own employment.

**3.2 Prevention of Unauthorized Release of Confidential Information.** Employee will take reasonable measures to prevent unauthorized persons or entities from obtaining, receiving, or gaining access to any Confidential Information in Employee's possession or control.

Nothing prohibits Employee from reporting an event that he or she reasonably believes is a legal violation to a law-enforcement agency (such as the Securities and Exchange Commission, Equal Employment Opportunity Commission, or Department of Labor), or from cooperating in an agency investigation. Employee acknowledges that he or she has received notice under the 2016 Defend Trade Secrets Act. First, that he or she will not be held criminally or civilly liable under Federal or State trade secret law for disclosing a trade secret either in confidence to a Federal, State, or Local government official or to an attorney for the purpose of reporting or investigating a suspected legal violation, or under seal in a lawsuit or other court proceeding. And, second, that an individual who pursues a lawsuit for unlawful retaliation against his or her employer for reporting a suspected legal violation may disclose the trade secret to his or her attorney and use the trade secret information in the court proceeding, provided any document containing the trade secret is filed under seal and is not disclosed unless permitted by court order.

**3.3 Confidential Information of Third Parties.** Employee will preserve as confidential any information that Employee learns or obtains from a third party or relating to a third party (such as a client, customer, affiliate, partner, or vendor) that is not readily available to the public or that Amazon is obligated to treat as confidential, and Employee will treat such information as Confidential Information.

**3.4 Return of Confidential Documents.** On the Separation Date, or at any time otherwise requested by Amazon, Employee will immediately return all Confidential Information and other things belonging to Amazon, including tools, equipment, devices, or other property, and all documents, records, notebooks, and tangible articles containing or embodying any Confidential Information, including any copies (whether stored in paper, electronic, magnetic, or other form) then in Employee's possession or control, whether prepared by Employee or others.

## 4. RESTRICTIVE COVENANTS.

**4.1 Non-Competition.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant), engage in or support the development, manufacture, marketing, or sale of any product or service that competes or is intended to compete with any product or service sold, offered, or otherwise provided by Amazon (or intended to be sold, offered, or otherwise provided by Amazon in the future) that Employee worked on or supported, or about which Employee obtained or received Confidential Information.

**4.2 Non-Solicitation.** During employment and for 18 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) accept or solicit business from any Customer of any product or service that Employee worked on or supported, or about which Employee obtained or received Confidential Information; or (b) encourage any Customer or Business Partner to cease doing business with Amazon or to terminate or limit an existing relationship or arrangement with Amazon. For purposes of this Agreement, "**Customer**" means any individual or entity that was a customer or client of Amazon during Employee's employment, or with which Amazon engaged in discussions before the Separation Date related to the possibility that such party might become a customer or client of Amazon, and "**Business Partner**" means any individual or entity with which, before the Separation Date, Amazon was involved in any business arrangement or engaged in discussions regarding the possibility of entering into such an arrangement.

**4.3 Non-Interference.** During employment and for 12 months after the Separation Date, Employee will not, directly or indirectly, whether on Employee's own behalf or on behalf of any other entity (for example, as an employee, agent, partner, or consultant): (a) solicit or otherwise encourage any employee, contractor, or consultant of Amazon ("**Amazon Personnel**") to terminate any employment or

contractual relationship with Amazon; (b) disclose information to any other individual or entity about Amazon Personnel that could be used to solicit or otherwise encourage Amazon Personnel to form new business relationships with that or another individual or entity; or (c) otherwise interfere with the performance by current or former Amazon Personnel of their obligations or responsibilities to Amazon. Nothing in this Section 4.3 restricts Employee from exercising rights protected under the National Labor Relations Act.

**4.4 Reasonableness of Restrictions.** Employee recognizes that the restrictions in this Section 4 may significantly limit Employee's future flexibility in many ways. For example, the restriction in Section 4.1 will bar Employee, for 18 months after the Separation Date, from accepting certain competitive opportunities. Employee further recognizes that the geographic areas for many of Amazon's products and services – and, by extension, the geographic areas applicable to certain restrictions in this Section 4 – are extremely broad and in many cases worldwide. Employee agrees and acknowledges that the restrictions in this Section 4 are reasonable in scope, area, and duration, and will not result in any undue hardship for Employee.

## 5. INTELLECTUAL PROPERTY.

**5.1 Copyrights.** All copyrightable works prepared by Employee within the scope of employment are works made for hire. Employer will own all rights under copyright in and to such works, and Employer will be considered the author of such works. If and to the extent that any such works are deemed not to constitute a work made for hire, and with respect to any other works that Employee prepares during working hours or using Amazon resources, Employee hereby irrevocably assigns to Employer all right, title, and interest in and to such work. To the extent any of Employee's rights in such works, including any moral rights, are not capable of assignment under applicable law, Employee hereby irrevocably and unconditionally waives all enforcement of those rights to the maximum extent permitted under applicable law.

**5.2 Inventions.** Employee will make prompt and full written disclosure to Employer, and hereby irrevocably assigns exclusively to Employer, all of Employee's rights, title, and interest in and to any and all inventions, discoveries, designs, developments, concepts, techniques, procedures, algorithms, products, improvements, business plans, and trade secrets (collectively, "**Inventions**") that Employee solely or jointly may conceive, develop, reduce to practice, or otherwise produce during Employee's employment.

**5.3 NOTICE Regarding Inventions.** Any provision in this Agreement requiring Employee to assign rights in Inventions does not and will not apply to any Invention for which no equipment, supplies, facilities, or trade secret information of Employer was used and that was developed entirely on Employee's own time, unless (a) the Invention relates (i) directly to the business of Employer, or (ii) to Employer's actual or demonstrably anticipated research or development, or (b) the Invention results from any work performed by Employee for Employer. This **NOTICE Regarding Inventions** will be interpreted in a manner that complies with applicable state law.

**5.4 Prior Inventions.** As to any Invention in which Employee has an interest at any time, if Employee uses or incorporates such an Invention in any released or unreleased Amazon product, service, program, process, development, or work in progress, or if Employee permits Amazon so to use or incorporate such an Invention, or if such an Invention pertains to Amazon business, Employee irrevocably grants (to the extent Employee has authority to do so) a perpetual, royalty-free, fully paid up, worldwide license to exercise any and all rights with respect to such Invention, including without limitation the right to protect, make, have made, import, use, and sell that Invention without restriction and the right to sublicense those rights to others (with the right to grant further sublicenses). This license will be exclusive, subject only to any preexisting non-exclusive licenses or other pre-existing rights not subject to Employee's control.

**5.5 Assistance.** Employee will execute all documents and take all other actions reasonably requested by Amazon in order to carry out and confirm the assignments contemplated by this Agreement, including without limitation applications for patents, registered designs, certificates of authorship, and other instruments or intellectual property protections appropriate to protect and enforce intellectual property rights throughout the world. If Employee fails to execute, acknowledge, verify, or deliver any such document reasonably requested by Amazon, Employee irrevocably appoints Amazon and its authorized officers and agents as Employee's agent and attorney-in-fact to act in Employee's place to

US Exempt Standard
Updated 2020

execute, acknowledge, verify, and deliver any such document on Employee's behalf. Employee's obligations under this Section 5.5 apply during employment and at all times thereafter.

6. **DISCLOSURE OF RESTRICTIONS.** Employee will disclose and provide a true and correct copy of this Agreement to any prospective new employer, business partner, or investor BEFORE accepting employment or engaging in any business venture. Employee authorizes Amazon to provide a copy of this Agreement to any new or prospective employer, business partner, or investor of Employee.

7. **GENERAL PROVISIONS.**

   7.1 **Third Party Beneficiaries.** All Amazon entities, including without limitation Employer, are intended third party beneficiaries of Employee's covenants and promises in this Agreement, and have enforceable rights and remedies under this Agreement.

   7.2 **Waiver.** No waiver of any right or obligation under this Agreement will be valid unless in writing and signed by an authorized officer of Amazon. No waiver by Amazon of any breach of this Agreement will be a waiver of any preceding or succeeding breach. No waiver by Amazon of any right or obligation under this Agreement will be construed as a waiver of any other right or obligation. Amazon will not be required to give prior notice to enforce strict adherence to all terms of this Agreement.

   7.3 **Governing Law and Jurisdiction.** This Agreement will be governed by and construed in accordance with the laws of the state in which Employee's employment with Employer was based at the time Employee signed this Agreement or, if signed in connection with a move to a new base after inception of employment, in accordance with the laws of the state where the new base is located.  Each party irrevocably consents to exclusive jurisdiction and venue in the state and federal courts located in King County,  Washington with respect to any action, claim, or proceeding arising out of or in connection with this  Agreement, with the exception of requests for temporary or preliminary injunctive relief, which may be  sought in any appropriate court with jurisdiction, but only if such relief could not be issued and made  immediately binding against the party sought to be enjoined by the state and federal courts located in  King County, Washington.

   7.4 **Remedies.** Any breach of this Agreement may cause Amazon irreparable harm for which there is no adequate remedy at law. As a result, Amazon will be entitled to the issuance by a court of competent jurisdiction of an injunction, restraining order, or other equitable relief in favor of itself, without the necessity of posting a bond, restraining Employee from committing or continuing to commit any such violation. Any right to obtain an injunction, restraining order, or other equitable relief  under this Agreement will not be considered a waiver of any right to assert any other remedy Amazon may have at law or in equity. Nothing in this Agreement will limit the remedies available to Amazon. The restrictions in this Agreement are independent of any other provision of this Agreement and will be enforceable whether or not Employee may have or purport to have any claim against Amazon.

   7.5 **Modification of Restrictions; Severability.** Should a court of competent jurisdiction find that any provision of this Agreement, or compliance by any of the parties with any provision of this Agreement, is unlawful or unenforceable, such provision will be treated as narrowed to the extent required to make it lawful and enforceable. If such modification is not possible, the unlawful or unenforceable provision will be severed from the Agreement and the remaining provisions will remain in full force and effect to the maximum extent consistent with applicable law. If Employee breaches any post-employment obligations to Amazon set forth in Section 4 of this Agreement, the applicable duration of such  obligation will be extended by a period of no less than the duration of the breaching conduct. This  Agreement should be interpreted in a way that provides the maximum protection to Amazon's  Confidential Information and other business interests, and should not be interpreted against any party  as its drafter.

   7.6 **Survival of Covenants.** The covenants and promises contained in Sections 3 through 7 of this Agreement will survive after the Separation Date.

   7.7 **Assignment**. This Agreement will bind and inure to the benefit of Employee and Amazon, and their respective heirs, legal representatives, and permitted successors and assigns. The covenants and promises of Employee under this Agreement are unique fand personal. Accordingly, Employee may not assign any of Employee's rights or duties under this Agreement. Amazon.com, Inc. may assign this Agreement, without notice to Employee. Employee consents to such assignment and agrees and

US Exempt Standard
Updated 2020

acknowledges that all terms and conditions of this Agreement will remain in effect after any such assignment.

**7.8 Entire Agreement.** This Agreement contains the entire understanding between Employee and Amazon with respect to the subject matter of this Agreement, with the exception of any existing obligations Employee may have to Amazon under any other written, executed agreement(s), which obligations remain in full force and effect. No modification of or amendment to this Agreement (except by a court under Section 7.5) will be effective unless in writing and signed by both Employee and an authorized officer of Amazon.com, Inc.

**7.9 Counterparts.** This Agreement may be executed in one or more counterparts, each of which will be treated as an original, but all of which taken together will be treated as one and the same instrument.

8.  **EMPLOYEE REPRESENTATIONS REGARDING EXISTING OBLIGATIONS.** Employee represents and certifies as follows: (a) Employee is not in possession or control of any document or other tangible thing that in any way constitutes confidential, proprietary, or trade secret information of any third party (including any former employer); (b) Employee is not subject to a non-competition agreement that precludes Employee's work for Amazon; (c) Employee has identified all confidentiality, proprietary information, non-solicitation, or similar agreements or obligations Employee has with any third party, and Employee will not violate any such agreements or obligations in the course of Employee's work for Amazon; and (d) Employee will not use or disclose any tangible or intangible information that constitutes a trade secret of any third party (including any former employer) in the course of Employee's employment, except pursuant to written authorization to do so (e.g., a technology license between Amazon and the third party).

9.  **EMPLOYEE HAS READ AND UNDERSTOOD THE TERMS OF THIS AGREEMENT; RIGHT TO SEPARATE COUNSEL.** Employee acknowledges with execution of this Agreement that: (a) Employee has carefully read all of this Agreement's terms and agrees they are necessary for the reasonable protection of the business of Employer and Amazon; (b) Employer has been induced to employ Employee by Employee's representation that Employee will abide by and be bound by each of the covenants and restraints in this Agreement; and (c) each and every covenant and restraint in this Agreement is reasonable. Employee acknowledges that Employee has been advised by Amazon that Employee is entitled to have this Agreement reviewed by counsel of Employee's choice, and has either done so or elected to forgo such right.

HAVING READ AND FULLY UNDERSTOOD THIS AGREEMENT, a copy of which has been provided to Employee, the parties execute this Agreement.

**AMAZON.COM, INC.**                          **EMPLOYEE**

Signature: *Beth Galetti*                     Signature: *Andrew Quijano*

Name:  Beth Galetti                           Name:  Andrew Quijano

Title:  SVP, Human Resources                  Date:  Jul 11, 2022

5

# EXHIBIT C

<table>
<tr>
<td>**Form 144 Filer Information**</td>
<td>**UNITED STATES<br>SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549**<br><br>**Form 144**</td>
</tr>
<tr>
<td>**FORM 144**</td>
<td>**NOTICE OF PROPOSED SALE OF SECURITIES<br>PURSUANT TO RULE 144 UNDER THE SECURITIES<br>ACT OF 1933**</td>
</tr>
</table>

# 144: Filer Information

| | |
|---|---|
| Filer CIK | 0001557979 |
| Filer CCC | XXXXXXXX |
| Is this a LIVE or TEST Filing? | ⦿ LIVE  ◯ TEST |

**Submission Contact Information**

| | |
|---|---|
| Name | |
| Phone | |
| E-Mail Address | |

# 144: Issuer Information

| | |
|---|---|
| Name of Issuer | AMAZON COM INC |
| SEC File Number | 000-22513 |
| Address of Issuer | 410 TERRY AVENUE NORTH<br>SEATTLE<br>WASHINGTON<br>98109 |
| Phone | 2062661000 |
| Name of Person for Whose Account the Securities are To Be Sold | Zapolsky David |

See the definition of "person" in paragraph (a) of Rule 144. Information is to be given not only as to the person for whose account the securities are to be sold but also as to all other persons included in that definition. In addition, information shall be given as to sales by all persons whose sales are required by paragraph (e) of Rule 144 to be aggregated with sales for the account of the person filing this notice.

| | |
|---|---|
| Relationship to Issuer | Officer |

## 144: Securities Information

| Title of the Class of Securities To Be Sold | Name and Address of the Broker | Number of Shares or Other Units To Be Sold | Aggregate Market Value | Number of Shares or Other Units Outstanding | Approximate Date of Sale | Name the Securities Exchange |
|---|---|---|---|---|---|---|
| Common | Fidelity Brokerage Services LLC 900 Salem Street Smithfield   RI 02917 | 10649 | 2187624. 07 | 1073492 0870 | 02/24/ 2026 | NASDAQ |

Furnish the following information with respect to the acquisition of the securities to be sold and with respect to the payment of all or any part of the purchase price or other consideration therefor:

## 144: Securities To Be Sold

| Title of the Class | Date you Acquired | Nature of Acquisition Transaction | Name of Person from Whom Acquired | Is this a Gift? | Date Donor Acquired | Amount of Securities Acquired | Date of Payment | Nature of Payment * |
|---|---|---|---|---|---|---|---|---|
| Common | 02/23 /2026 | Restricted Stock Vesting | Issuer | ☐ | | 10649 | 02/23 /2026 | Compensatio n |

* If the securities were purchased and full payment therefor was not made in cash at the time of purchase, explain in the table or in a note thereto the nature of the consideration given. If the consideration consisted of any note or other obligation, or if payment was made in installments describe the arrangement and state when the note or other obligation was discharged in full or the last installment paid.

Furnish the following information as to all securities of the issuer sold during the past 3 months by the person for whose account the securities are to be sold.

## 144: Securities Sold During The Past 3 Months

| Name and Address of Seller | Title of Securities Sold | Date of Sale | Amount of Securities Sold | Gross Proceeds |
|---|---|---|---|---|
| David A. Zapolsky 410 Terry Avenue North Seattle   WA   98109-5210 | Common | 11/24/ 2025 | 13570 | 3019189.30 |
| David A. Zapolsky 410 Terry Avenue North Seattle   WA   98109-5210 | Common | 02/23/ 2026 | 7100 | 1457990.24 |

## 144: Remarks and Signature

| | |
|---|---|
| Remarks | |
| Date of Notice | 02/24/2026 |
| Date of Plan Adoption or Giving of Instruction, If Relying on Rule 10b5-1 | 11/03/2025 |

### ATTENTION:

The person for whose account the securities to which this notice relates are to be sold hereby represents by signing this notice that he does not know any material adverse information in regard to the current and prospective operations of the Issuer of the securities to be sold which has not been publicly disclosed. If such person has adopted a written trading plan or given trading instructions to satisfy Rule 10b5-1 under the Exchange Act, by signing the form and indicating the date that the plan was adopted or the instruction given, that person makes such representation as of the plan adoption or instruction date.

| | |
|---|---|
| Signature | /s/ Jennifer Ruchti, as a duly authorized representative of Fidelity Brokerage Services LLC, as attorney-in-fact for David A. Zapolsky |

**ATTENTION: Intentional misstatements or omission of facts constitute Federal Criminal Violations (See 18 U.S.C. 1001)**

# EXHIBIT D

Case 1:26-cv-00664-LDH-RML     Document 22-2     Filed 04/05/26     Page 23 of 30 PageID
#: 281

**Amazon**
# The Seattle Times

# Amazon tells bosses to conceal when employees are on a performance management plan

July 9, 2021 at 6:31 am | *Updated July 9, 2021 at 4:10 pm*



Amazon's office towers on Seventh Avenue in Seattle. The company's performance-management plan has some employees and managers asking questions. (Erika Schultz / The Seattle Times, 2020)

By Katherine Anne Long

*Seattle Times business reporter*

Amazon instructs managers not to tell office employees that they are on a formal performance-management plan that puts their job in jeopardy unless the employee explicitly asks, according to guidance from an Amazon intranet page for managers.

The policy, a copy of which was viewed by The Seattle Times, helps explain why some Amazon employees have described the experience of being on the performance-management plan, called Focus, as baffling and demoralizing. Some managers, too, question why they are asked to conceal that their employees are on a pathway that often leads out of the company.

The secrecy surrounding performance management is one more reason why some Amazon office employees say the company is not living up to its April pledge to become "Earth's Best Employer."

Amazon tracks the number of employees in Focus in the context of meeting its goal for "unregretted attrition," the roughly 6% of office employees Amazon hopes to pressure out of the company each year, according to internal Amazon human resources documents. The company expects more than one-third of employees in Focus to fail the program and leave Amazon.

Business Insider detailed employees' Focus frustrations in May. In interviews with The Seattle Times, Amazon employees and managers also shared concerns about the transparency and utility of the Focus program.

As it's described by the company, Focus is a way to help underperforming employees get back on track. Managers are supposed to deliver documented coaching to employees on Focus over a period of weeks or months. But some workers who have

been on Focus say they were never told what their performance deficiencies were, or how they could improve.

Four current and former Amazon employees said they found out they were in Focus by accident — for instance, when they attempted to transfer to another team and were told they would need additional approvals. They described the experience of not knowing whether they were on Focus, or how to get off, as emotionally draining.

Meanwhile, three current and former managers said they believed it was counterproductive to keep employees guessing about whether they were on the performance-management plan.

## Talk to us

Share your questions, tips and insights about Amazon.com by email at business@seattletimes.com and via the encrypted Signal messaging app. To learn more about how to contact reporters confidentially, visit https://st.news/newstips.

The internal guidance, which is current as of July, is in the form of an FAQ on an intranet page for managers describing the Focus program.

"Should I tell an employee that I entered them into Focus?" the question reads. The response: "Do not discuss Focus with employees. Instead, tell the employee that their performance is not meeting expectations, the specific areas where they need to improve, and offer feedback and support to help them improve."

"If the employee directly asks, 'Am I in Focus?' you should answer honestly," the response continues. "However, remind the employee that the use of a specific product should not be their take-away from the conversation, as there are important performance gaps they must address."

In a statement, an Amazon spokesperson said that Focus is primarily oriented toward keeping managers accountable for dealing with underperformance on their teams.

"Like most employers, we provide managers with tools to help employees improve their performance and grow in their careers at Amazon," Amazon spokesperson Jaci

Anderson said in a statement. "This includes resources for employees who are not meeting expectations and may require additional coaching."

Employees have access to "multiple channels" to discuss their performance assessment, "including our employee resource center, their direct HR business partner, and our anonymous hotline," Anderson said.

Focus replaced an earlier performance-management tool, called the "development list," by 2019. Under that earlier tool, the guidance to managers was the same: Don't tell employees when they're placed on the list, according to one former senior Amazon manager who said he reluctantly complied with the rule.

"Openness is one of the key things I liked about Amazon when I was working there," he said. "Someone has got formal action taken against them by the company and they don't know about it? It just didn't smell right to me."

One Amazon engineer, who joined the company in late 2016, said he found out that he had been on the development list for nearly 18 months only after his manager changed. His new manager, he said, inquired about his performance-management plan.

"My response was, 'Are you sure you don't have your wires crossed?'" he said. The shock of learning he was on a performance-improvement plan, he said, was rapidly replaced by bewilderment as he tried without success to get off the plan for six more months.

"No one would tell me what my status was," he said. "I ended up in this weird, nebulous performance hell for a few years."

An Amazon Web Services employee, a foreign citizen of color working on a team of mostly American citizens, said she learned she had been placed into Focus in early 2020 only after her application for an internal transfer was flagged for further review.

The employee, who is still on Focus, said she suspects disparate treatment because of her nationality and ethnic background. In her previous role at Amazon, based outside the U.S., her performance had been rated so highly that her current team petitioned for her transfer and sponsored her visa.

"I'm not against performance management, if the idea behind it is to provide [employees] with coaching and guidance to become a better employee," she said.

Case 1:26-cv-00664-LDH-RML     Document 22-2     Filed 04/05/26     Page 27 of 30 PageID #: 285

That's not been her experience on Focus. The program "is all hush-hush. It's a hidden way of weeding out people who are not part of the clique," she said.

Not every employee is in the dark. Some managers flout the rules and reveal to their subordinates that they are on Focus, according to two managers and documentation of one employee's Focus plan seen by The Seattle Times.

"I always broke the rule," said one senior Amazon manager. "If I cannot share that an employee is on a coaching plan, how can I give him a fair evaluation?"

*Katherine Anne Long: 206-464-3229 or kalong@seattletimes.com.*

View 193 Comments / 193 New

Case 1:26-cv-00664-LDH-RML    Document 22-2    Filed 04/05/26    Page 28 of 30 PageID #: 286

# EXHIBIT E

Case 1:26-cv-00664-LDH-RML    Document 22-2    Filed 04/05/26    Page 30 of 30 PageID #: 288

10:38

**Queens County Court** ›

Sep 30, 2025 at 3:31 PM

00:00 ⬭————————— -00:29

## Transcript

Yeah hi good afternoon Andrew this is Karen Charrington at the county clerks office I was forwarded an email that you had sent to the district attorney's office if you could give me a call back 718598 I'm sorry 718-2980640 this is about your jury service in your employment thank you bye

Favorites    Recents    Contacts    Keypad    Voicemail