# EXHIBIT A













# EXHIBIT B

7:37 🔕

 ..ll 5G<sub>W</sub><sup>U</sup> 29

# March 2
## 12:49 PM

🔕 **Silent**

Edit

## UNKNOWN
# (718) 298-1046

Details  Voicemails

Outgoing Call                    Today · 12:28 PM
6 minutes

Call History                              >

Favorites  Recents  Contacts  Keypad  Voicemail