## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2026, I served a true and correct copy of the Plaintiff's Memorandum of Law in Support of Objections to the Report and Recommendation and in Further Support of Motion to Remand and accompanying documents via Electronic Mail to the following counsel of record and associated recipients:

**Jason D. Burns, Esq. (Jason.Burns@gtlaw.com)**

**Shira M. Poliak, Esq. (shira.poliak@gtlaw.com)**

**Greenberg Traurig, LLP**

**One Vanderbilt Avenue, New York, NY 10017**

*Andrew Quijano*

Andrew Quijano, Pro Se